**M.O.**

v.

**CULLMAN CTY. DEP'T
OF HUMAN RES.**

2130998

Court of Civil Appeals of Alabama.

01/30/2015

Affirmed

**T.W.**

v.

**JEFFERSON CTY. DEP'T
OF HUMAN RES.**

2130999

Court of Civil Appeals of Alabama.

02/27/2015

Affirmed

**Richard BOSCH and Alabama
Landscape Consultants,
Inc.**

v.

**Christopher C. CORDLE**

2131005

Court of Civil Appeals of Alabama.

02/18/2015

Dismissed

**Bernard Dietmar STEIN**

v.

**Amanda Joyce ANTHONY**

2131006

Court of Civil Appeals of Alabama.

01/21/2015

Dismissed

**Lewis WASHINGTON III**

v.

**EDUCAP, INC., on behalf of
HSBC Bank USA, N.A.**

2131009

Court of Civil Appeals of Alabama.

01/13/2015

Reh. denied